**Betty KULAS, Relator,**

v.

**George MACK and Minnesota Assigned Risk Benefit Plan/Berkley Administrators, Respondents,**

**and**

**Special Compensation Fund.**

**No. C3–00–773.**

Supreme Court of Minnesota.

Aug. 24, 2000.

Betty Jane Kulas, Grand Forks, ND, pro se.

Minnesota Assigned Risk Benefit Plan/Berkley Administrators Jeffrey B. Nelson and Lisa Pearson Doran, Minneapolis; Special Compensation Fund Thaddeus V. Jude, St. Paul, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 29, 2000, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Russell A. Anderson
Associate Justice